M.S. FORBES, JR., ET AL. v. NEW JERSEY HAZARDOUS
WASTE FACILITIES SITING COMMISSION, ET AL.
v. THE JENS CORPORATION.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW KENT.

December 16, 1986.

Petition for certification denied.   (See 212 *N.J.Super.* 635)

STATE OF NEW JERSEY v. WILLIE THOMAS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. YIGAL ZAKAI.

December 16, 1986.

Petition for certification denied.